253 So.2d 224

Herman Ray ROBERTS

v.

TIDEX, INC.

No. 51795.

Oct. 21, 1971.

In re: Tidex, Inc. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of St. Mary. 251 So. 2d 509.

Writ denied. On the facts found by the Court of Appeal there is no error of law under the assignment of errors.

253 So.2d 224

Fannie Schilling STEWART et al.

v.

Robert L. BRANCH.

No. 51803.

Oct. 21, 1971.

In re: Fannie Schilling Stewart, et al. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Washington. 250 So.2d 474.

Writ denied. No error of law.